Lars H. Olsen, OSB # 91387
OlsenDaines, PC
PO Box 12829
Salem OR 97309
Phone 503-362-9393
lolsen@olsendaines.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOSHUA LEE BANGS<br><br>KRISTIN IRENE BANGS<br><br>      Debtor.<br>_____<br>KRISTIN IRENE BANGS<br><br>      Plaintiff<br>vs.<br><br>US DEPARTMENT OF EDUCATION,<br><br>NELNET<br><br>      Defendant | Case No.: 19-62483-tmr13<br><br><br><br>Adv. Proc. No. 23-06002<br><br><br><br>MOTION TO DISMISS<br>ADVERSARY PROCEEDING |

      Plaintiff, by and through her attorney, Lars H. Olsen, hereby moves this Court to dismiss the Adversary Proceedings against the Defendant, US Department of Education, Nelnet. Plaintiff has reviewed the case with Defendant and has determined to not pursue the case at this time.

      DATED: 7/21/2023

      By:   /s/ Lars H. Olsen
      Lars H. Olsen, OSB # 91387
      OlsenDaines, PC
      Attorney for Plaintiff

MOTION TO DISMISS ADVERSARY PROCEEDING - 1