11:00 23-06002-tmr                          Bangs v. U.S. Department of Education c/o Nelnet
        19-62483-tmr13

                                            Kristin Irene Bangs - pla                REX DAINES

                                            U.S. Department of Education - dft        JESSIE BARRINGTON

**Matter: Pretrial Conference**

Additional Appearances: None

 Summary of Proceedings
Ms. Barrington discussed her client's position on this adversary proceeding and raised a venue issue. She noted more time
is needed to obtain documentation from the plaintiff. She indicated she expects new counsel to take over the representation
of the DOE in the case.
The court engaged Mr. Daines in a discussion regarding Nelnet and the address listed for the defendant. Mr. Daines
indicated Nelnet should be removed from the defendant's name. Ms. Barrington agreed and indicated the listed address can
be removed also.

Determination of the Court
The court will update the defendant's record on the docket and remove Nelnet and the address, leaving defendant as the
United States Department of Education without an address except through counsel.
The defendant has until August 30, 2023, to file a motion to change venue. This date can be extended by agreement of both
parties.
A continued pretrial conference to be held September 12, 2023, at 10:30 a.m., by telephone. The court will not send
separate notice.
Discovery may proceed. The court will enter a separate order.

Order to be prepared by:              _____ Clerk's Office            _____ Chambers          Other:

Scheduling order:

_____ PSCDO (issued by CRD)          _____ ESCDO (issued by CRD)        _____ chambers/party-prepared (issued by CA)

  Notice of Proposed Dismissal: # of days        _____

_____ Settlement reported
_____ Failure to answer
_____ Failure to prosecute
_____ Party to submit proposed judgment
_____ Failure to submit pretrial order

Order re: Application of FRCP 26.
_____ OFRCP1 Planning conference due by        _____ Report due by        _____
_____ OFRCP2 Planning conference due by        _____ No Report
  X   OFRCP3 Discovery can proceed
_____ OFRCP4 No planning conference/disclosures by        _____
_____ OFRCP5 Discovery limited to        _____

Minute Order: